**Carolyn Yvonne Murphy TAYLOR, Plaintiff—Appellant,**

v.

**COLUMBIA, CITY OF; Charles Austin, in his official capacity as City Manager and his individual capacity; Donnie Balzeigler, in his official capacity as Code Enforcement Officer and his individual capacity; Larry McCall, in his official capacity as Code Enforcement Officer and his individual capacity, Defendants—Appellees.**

No. 10–1307.

United States Court of Appeals, Fourth Circuit.

Submitted: July 22, 2010.

Decided: July 30, 2010.

Carolyn Yvonne Murphy Taylor, Appellant Pro Se. Robert Gordon Cooper, Office of the City Attorney, Columbia, South Carolina; Matthew Blaine Rosbrugh, Davidson, Morrison & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carolyn Yvonne Murphy Taylor appeals the district court's order denying the motion for reconsideration of the court's order adopting the recommendation of the magistrate judge and dismissing her civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Taylor v. City of Columbia,* No. 3:07–cv–00983–JFA, 2010 WL 296901 (D.S.C. Jan. 20, 2010) & (Feb. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*